UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VU TRONG NGUYEN,<br><br>　　Petitioner,<br><br>　　v.<br><br>DERRAL ADAMS, warden,<br><br>　　Respondent.<br>　　　　　　　　　　　　　　　　　　　/ | No. C 04-4104 MHP (pr)<br><br>**ORDER** |

　　Petitioner's motion for an extension of time to file a notice of appeal is GRANTED. (Docket # 38.) The original deadline to appeal is extended by thirty days. The notice of appeal filed on December 9, 2008 therefore is timely.

　　Petitioner's application for a certificate of appealability is DENIED because petitioner has not made "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). (Docket # 40.) Petitioner has not demonstrated that "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." Slack v. McDaniel, 529 U.S. 473, 484 (2000). Petitioner's motion for appointment of counsel to assist him in the preparation of an application for certificate of appealability is DENIED. (Docket # 41.)

　　The clerk shall forward to the court of appeals the case file with this order. See United States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997).

　　IT IS SO ORDERED.

DATED: January 20, 2009

　　　　　　　　　　　　　　　　　　　　　Marilyn Hall Patel
　　　　　　　　　　　　　　　　　　　　　United States District Judge